■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD REMBERT, Appellant. [830 NYS2d 524]—Judgments, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered on or about August 8, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sullivan, Williams and Catterson, JJ.